Larry D. Smith Correctional Facility
Manuel Ollarsaba Sr. BK# 202120487
1627. S Hargrave Street
Banning California 92220

05.25.22

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2022
CENTRAL DISTRICT OF CALIFORNIA
BY BEE DEPUTY

1
2 United States District Court
3 Central District Of California
4
5 Manuel Ollarsaba Sr.
6      vs.
7 Riverside County
8 Sheriff's Department    5:22-CV-00905-SVW(MAR)
9
10 Riverside Sheriff's / Of Emotional Distress
11                and Harrassment Of Technical
12                appartus of electronic SOR wave's
13                equipment exectera - violation of
14                constituional rights (1-14)
15
16   Introduction- I (On May. 21, 2021 I was book into
17 Robert Preseley Detention on crimnal threats which I
18 had a chemical imbalance's before I was arrested
19 and brought to Robert Preseley Detention Center In
20 Riverside California 92501. The food that I was
21 eating and drinking consuming which is creating
22 a psychological & neurological issue to the phyiscal
23 and mental fundamental due to the government
24 personal going against my anatomy with US. ENER-
25 GY. SCIENTIFIC DEPARTMENT OF
26 MILITARY APPARTUS OF TECHNOLOGY
27 of attacking with different methods hitting with

05·25·22

trouble shooting transmitting signals of amperage - tubelence - static - magnetic force's of abnormal feelings causing to disturb internal structure of surrounding atmosphere of gravity - robotical movement due to BUOYANT FORCE of thickness of liquid weight solution of environmental material that are a mixture blend that's concentrate to the ingredients that the volume per base needs to be check by QUALITY CONTROL and CHEMIST due to the activity to the body that's creating malfunction - complication of internal stureture disturbance. Wrote multiple grievance's on behalf of many situation of daily harrassment analyze and monitoring where they are hitting from distance with no phyiscal contact to harm and to do bodily injuring of using tactical stragties of technical issue commiting war crime to civilian wheather deliberately and discrimating act of harrassment of beyond measure to fail. There are many factor's why abnormal activity occurs when they pressing the issue to hit the body to run current activity with the electronics of device's going against body function of body mass causing the fundmental to being under stress on the base material and ingrediants. SYSTEMIC GROUND CONTACT INTENTIONAL ACTIVITY. GO HR/ORDER "VAIN" name.

Manuel Ollarsaba Sr. #424
P.O. Box 31500 Grape Street #100
Lake Elsinore California 92530

Phone # 951-399-5776



Larry D. Smith Correctional Facility
Manuel Ollarsaba Sr. Bk# 2021 26487
1627 S. Hargrave Street
Banning California 92220

United States District Court
Central District Of California
255 East Temple Street Suite TS-134
Los Angeles, California 90012

SMITH N5678

